In the Matter of ROSE WATKINS et al., Appellants, against HENRY L. UGHETTA, a Justice of the Supreme Court of the State of New York, et al., Respondents.

Argued May 17, 1948; decided May 20, 1948.

*Emil N. Baar, William G. Fullen, Lawrence J. Lieberman* and *Charles B. Russell* for appellants.

*John P. McGrath, Corporation Counsel* (*Harry E. O'Donnell, Reuben Levy, Stanley Buchsbaum* and *Benjamin Offner* of counsel), for respondents.

Order affirmed, without costs. On this record there is no showing that this is not a taking for a public use. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.